# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
June 1, 2020

## ORDER

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, May 12, 2020, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference</u>.** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing June 1, 2020.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is July 6, 2020, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled pretrial conference shall be considered untimely.** A motion not timely filed will be summarily denied.

Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied. Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action. It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>May 12, 2020</u>**

| | | |
|---|---|---|
| 19-05044-CR-SW-MDH | United States | Abe McGull |
| | v. | |
| -01 | Joe B. Green | David Mercer |
| | | |
| 19-03072-CR-S-SRB | United States | Jody Stockard |
| | v. | |
| -02 | Jasmine D. Steed | Stuart Huffman |
| -03 | Demario J. Brown | Penny Speak |
| -04 | Richard J. Smith | Scott Pierson |
| | | |
| 20-03010-CR-S-BCW | United States | Steve Mohlhenrich |
| | v. | |
| -01 | Johnathan Logan Chastain | Stuart Huffman |

| | | | |
|---|---|---|---|
| 19-3174-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Michael Milliman | Erica Mynarich |
| | | | |
| 17-03126-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | William Jones | Stuart Huffman |
| | -02 | Jeffery Woosley | Don Cooley |
| | | | |
| 19-05010-CR-SW-MDH | | United States | Abe McGull |
| | | v. | |
| | -01 | Jeremy F. Diel | James Hayes |
| | | | |
| 19-03110-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Brandon Lee Kemna | Michelle Moulder |
| | | | |
| 19-05053-CR-S-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | David Antonio Hughes | Erica Mynarich |
| | | | |
| 19-03022-CR-S-RK | | United States | Randy Eggert |
| | | v. | |
| | -01 | Roy L. Norey | John Appelquist |

| | | | |
|---|---|---|---|
| 17-03043-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Scott Wells | Stuart Huffman |
| | | | |
| 19-03082-CR-S-SRB | | United States | Ami Miller |
| | | v. | |
| | -01 | Leslie Giltner | Adam Woody |
| | | | |
| 19-05046-CR-SW-MDH | | United States | Jessica Keller |
| | | v. | |
| | -01 | Marcus A. Elliott | Michelle Law |
| | | | |
| 20-03009-CR-S-BCW | | United States | Ami Miller |
| | | v. | |
| | -01 | Jacob Ryan Hayford | Ann Koszuth |
| | | | |
| 19-03091-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Milton W. Sparks | Joe Passanise |
| | | | |
| 19-05040-CR-S-SRB | | United States | Byron Black |
| | | v. | |
| | -01 | Mark E. Burdge | Ann Koszuth |

| | | |
|---|---|---|
| 19-03005-CR-S-RK | United States | Casey Clark |
| | v. | |
| -01 | Joshua A. Houston | Ian Lewis |
| | | |
| 20-05003-CR-SW-BP | United States | Ami Miller |
| | v. | |
| -01 | John William Humble | Erica Mynarich |
| | | |
| 19-03164-CR-S-BP | United States | Jody Stockard |
| | v. | |
| -01 | Terrance J. Golden | Ryan Reynolds |
| | | |
| 19-03104-CR-S-BP | United States | Ami Miller |
| | v. | |
| -01 | David McKay | Shane Farrow |
| | | |
| 19-03167-CR-S-RK | United States | Byron Black |
| | v. | |
| -01 | Carl D. Jackson | James Hayes |
| -02 | David R. Craig | Gary Wilson |
| | | |
| 19-03132-CR-SW-MDH | United States | Jody Stockard |
| | v. | |
| -01 | Derrick L. Hall | Ian Lewis |

| | | | |
|---|---|---|---|
| 19-05030-CR-S-SRB | | United States | Ami Miller |
| | | v. | |
| | -01 | David Pierce | Ann Koszuth |
| 19-03159-CR-S-RK | | United States | Byron Black |
| | | v. | |
| | -01 | Myron C. Burkes | Darryl Johnson |
| | -04 | Danjouna A. Wiggins | Elizabeth Turner |
| 17-03011-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Felix F. Forjan | Josh Roberts |
| 19-03142-CR-S-BCW | | United States | Ami Miller |
| | | v. | |
| | -01 | Timothy McClain | Michelle Law |
| 19-03010-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Ryan A. Brynell | Michelle Law |
| 19-03107-CR-S-BP | | United States | Byron Black |
| | | v. | |
| | -01 | Andrew W. Koshovich | David Mercer |
| | -02 | Kathleen E. Rohrer | Alison Hershewe |

| | | | |
|---|---|---|---|
| 19-05038-CR-SW-SRB | | United States | Ami Miller |
| | | v. | |
| | -01 | Richard Michael Vaughn | Erica Mynarich |
| | | | |
| 19-03029-CR-S-BP | | United States | Byron Black |
| | | v. | |
| | -01 | Bryce S. Amador | Michelle Law |
| | -02 | David D. Sweaney | David Back |
| | -03 | Amanda Henderson | Megan McCullough |
| | -04 | Keith A. Ball | Brady Musgrave |
| | -06 | Jessica Rushing | Brian Risley |
| | | | |
| 19-03111-CR-S-BP | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Erik Finster | Ian Lewis |
| | | | |
| 19-03137-CR-S-SRB | | United States | Jody Stockard |
| | | v. | |
| | -01 | Lavell E. Hale | James Hayes |
| | | | |
| 17-03102-CR-S-BCW | | United States | Abe McGull |
| | | v. | |
| | -01 | Dustin S. Piper | Don Cooley |

| | | | |
|---|---|---|---|
| 19-03133-CR-S-MDH | | United States | Jessica Keller |
| | | v. | |
| | -01 | Ryon L. Woody | Tom Carver |
| | -02 | Tyler Partlow | Stuart Huffman |
| | | | |
| 19-05052-CR-SW-SRB | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Colt Blunk | David Mercer |
| | | | |
| 19-03139-CR-S-MDH | | United States | Byron Black |
| | | v. | |
| | -01 | David R. Sands | Elizabeth Turner |
| | | | |
| 19-03157-CR-S-BP | | United States | Jessica Keller |
| | | v. | |
| | -01 | Megan L. Neal | Kelli Greenwood-Anderson |
| | -02 | Elizabeth Walters-Peterson | Alison Hershewe |
| | | | |
| 19-05011-CR-SW-SRB | | United States | Byron Black |
| | | v. | |
| | -01 | William E. Palma | Don Cooley |
| | | | |
| 19-03092-CR-S-MDH | | United States | Jody Stockard |
| | | v. | |
| | -01 | Stephanie Hoover | James Hayes |

| | | | |
|---|---|---|---|
| 18-03033-CR-S-0MDH | | United States | Jody Larison |
| | | v. | |
| | -01 | Dawaun White | Jason Coatney |
| | -03 | Cole Gipson | Alison Hershewe |
| | -04 | Ronnie Sanders | Brady Musgrave |
| | -05 | Trent J. Wicklund | Brian Risley |
| 19-03047-CR-S-SRB | | United States | Jessica Keller |
| | | v. | |
| | -02 | Randy L. Buchanan | Josh Roberts |
| | -03 | Galen Ray Mitchell | Jason Coatney |
| 19-3160-CR-S-RK | | United States | Byron Black |
| | | v. | |
| | -01 | Derrick E. Dailey | Jermaine Wooten |
| | -02 | Wiliam C. Farisse | Shane Cantin |
| | -04 | Antwanae L. Morgan | Angela Hasty |
| | -05 | Robert D. Everette | Ian Lewis |
| | -06 | Dominique Glosson | Ryan Reynolds |
| 20-03024-CR-S-BP | | United States | Ami Miller |
| | | v. | |
| | -01 | Michael David Miller | Shane Cantin |

| | | | |
|---|---|---|---|
| 20-05009-CR-S-MDH | United States | | Patrick Carney |
| | v. | | |
| -01 | Erik Aguilar-Paguada | | Ann Koszuth |
| | | | |
| 18-05047-CR-SW-MDH | United States | | Jody Stockard |
| | v. | | |
| -01 | Nathan Libertus | | Russ Dempey |
| | | | |
| 19-05043-CR-SW-MDH | United States | | Jessica Keller |
| | v. | | |
| -01 | E.F. Fitchpatrick, Jr. | | Michelle Law |
| | | | |
| 19-03155-CR-S-SRB | United States | | Byron Black |
| | v. | | |
| -01 | Matthew M. Bradley | | Russ Dempsey |

                                                                     */s/ David P. Rush*
                                                                       DAVID P. RUSH
                                                    UNITED STATES MAGISTRATE JUDGE

Date: April 16, 2020